Jeanne M Hall - Pro Se
P.O. Box 212
Challenge, Ca 95925

FILED
JUL 1 3 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

In the United States District Court
Eastern District of California

Jeanne M. Hall - Pro Se
    Plantiff          2:12 - CV 01856 LKK GGH PS

vs
Mooretown Rancheria / Feather Falls Casino
Gary Archuleta
Francine McKinley
Debra Rasmussen
Enterprise Tribe
            Complaint

Plaintiff Jeanne M Hall - Pro Se
P.O. Box 212
Challenge, Ca. 95925

> vs

Defendants -

Mooretown Rancheria / Feather Falls Casino
1 Alverda Drive
Oroville, Ca. 95966

Gary Archuleta
1 Alverda Drive
Oroville, Ca. 95966

Francine McKinley
1 Alverda Drive
Oroville, Ca. 95966

Debra Rasmussen
30 Concow Maidu Drive
Oroville, Ca. 95966

Enterprise Tribe
2133 Monte Vista Avenue
Oroville, Ca. 95966

x Jeanne M Hall
July 12, 2012

Jeanne M. Hall-Pro Se
18089 Joy Circle
P.O. Box 212
Challenge, California 95925#

# Complaint

Violation of the 14th Amendment,
Main Article: Equal Protection Clause
On the Basis of Race.

I believe my civil rights as an American of these United States of America have been violated. I should have equal footing without regards to race in the case of Tiger Lily Rasmussen, a child born 2005, my grandchild who has resided solely with me since 2005 December. I have legal guardianship thru Butte County Superior Court (2006) and Federal Kin-gap (2006). She is a special needs child born toxic-positive and taken from her biological mother Debra Rasmussen, tribal member of Mooretown Rancheria / Feather Falls Casino, or "descendency" (adoptee) member of the above tribe & casino. Their the defendents maintain I am white and not equal to them.

✳ I recieved a letter from a Gary Archuleta, dated July 22, 2009; recommending to me the legal guardian what I should be doing or not doing with regards to my grandchild T.L. Rasmussen 2005. I do not believe he had the authority to unduly pressure me in anyway. Gary Archuleta was of that date July 22, 2009 the Tribal Chairman of Mooretown Rancheria/Feather Falls Casino.

✳ I also admit into my compliant a letter from a Francine McKinley ICWA/Social Service Director unduly pressuring me to comply with her wishes. ICWA/Social Services Director Francine McKinley of Mooretown Rancheria/Feather Falls Casino maintain this is an ICWA Case. Under the circumstances of T.L. Rasmussen birth in a public hospital in Quincy, Ca and <u>not on a reservation and having no tribal court of their own, I do not believe this is an ICWA case</u>. As well as certain other factors as this tribe—

has no formal treaty with the United States of America. I believe their rights to Soverinty also is in question. At this place in time I refer to a letter from United States of the Interior about "transfers of jurisdiction..... The Mooretown Rancheria/ (Feather Falls Casino), where you are enrolled, may assume jurisdiction IF A Tribal Court exists, it does not.

* I believe this tribe Mooretown Rancheria/ Feather Falls Casino have misused ICWA Law. I was described by them as "white" and of no cultural significance. In fact I am registered with Office of Hawaiian Affairs, No. 11-207. I have repeatly informed them of this, Francine McKinley, and their associates & lawyers. As plaintiff, I am an indigenious person of the Hawaiian Islands; a state of these United States of America and may be termed a Native American. Mooretown Ranchera/ Feather Falls Casino & defendents have refused my rights

under ICWA Law, as a Native American.

✱ I am a blood relative of T.L. Rasmussen 2005, and believe that Mooretown Rancheva/Feather Falls Casino, Gary Archuleta Tribal Chairman, Francine McKinley ICWA/Social Director, Debra Rasmussen member of above tribe have misused a public court by using it as a "tribal" court with disregard to my rights to have equal access to the law. The above defendents have run rough shodd over the court proceedings, officers, and have been allowed to make painful inroads into our personal lives & guardianship of T.L. Rasmussen under the auspices of ICWA Law. I believe these defendents to have <u>evoded my civil rights under the basis of their superior rights, they being more equal under the law of the land than myself.</u>

## Relief

* I would like this complaint to be followed by an injunction + order of stay against this Tribe and it's associates, members, etc., this Tribe being + associates (+ defendents) as follows:

    a. Moovetoon Rancheria / Feather Falls Casino
    b. Gary Archuleta, Tribal Chair man
    c. Francine McKinley  ICWA / Social Director
    d. Debra Rasmussen - adoptee decandency member.
    e. Enterprise Tribe - named is documents in 2011-2012.

* or others to further pursue me or grandaughter T. L. Rasmussen 2005 by any means until this matter can be closely seen ~~by~~ this court.

* I would like to pursue a large settlement against the defendents - so in the future they will think more seriously about violating others Civil Rights. I am asking for the sum of 43 million dollars, a sum to be prohibitive) in their future dealings with "white" family members of their own tribal members, they may more carefully consider. .

\* The time, hardship, and suffering they (defendents) have caused my whole family dividing us white vs indian has been very hurtful and I believe unrepairable. A hatred exists where there once was family love and healthy regard. Realistically a dollar amount cannot buy back T.L.Rasmussen's 2005 peace of mind, nor my husband nor myself. Harassed, loss of peace of mind - I ask for a recompense severe enough to keep ICWA Law from further abusing or being abused in the future by the defendents. I am sure the Mooretown Ranchera/Feather Falls Casino and associate defendents <u>with their huge sphere of power and influence</u> can pay this large amout.

   Thank-You for you attention,

plantiff Jeanne M. Hall PRO SE
July 11th, 2012

## Plantiff

Jeanne M. Hall - Pro Se
18?089 Joy Circle
P.O. Box 212
Challenge, California 95925

## Defendents

Mooretown Rancheria / Feather Falls Casino
1 Alverda Drive
Oroville, California 95966

Gary Archuleta - Tribal Chairman
1 Alverda Drive, Oro. Ca. 95966

Francine McKinley - ICWA/Social Director
1 Alverda Drive, Oro. Ca. 95966

Debra Rasmussen
30 Concow Maidu Drive Oro. Ca. 95966

Enterprise Tribe - Unkown Reason of Envolment
w/ T.L. Rasmussen 2005
2133 Monte Vista Ave. Oro. Ca. 95966