IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEANNE M. HALL,

    Plaintiff,

  vs.                          No. 2:12-cv-1856 LKK GGH PS

MOORETOWN RANCHERIA/
FEATHER FALLS CASINO, et al.,

    Defendants.               ORDER

_____/

        A motion to dismiss filed by defendants Mooretown Rancheria/Feather Falls Casino, Archuleta, McKinley, and Rasmussen presently is calendared for hearing on March 14, 2013. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(g).

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The March 14, 2013 hearing on the motion to dismiss, filed February 4, 2013, is vacated; and

2. The motion is submitted on the record.

DATED: March 6, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076:Hall1856.vac.wpd