**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 9 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEANNE M. HALL,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>GARY ARCHULETA and FRANCINE MCKINLEY,<br><br>        Defendants - Appellees. | No. 14-15328<br><br>D.C. No. 2:12-cv-01856-LKK-GGH<br>Eastern District of California, Sacramento<br><br>ORDER |

Before: GOULD, MURGUIA, and WATFORD, Circuit Judges.

The "motion for relief from judgment" contends in part that appellant did not intend to voluntarily dismiss appellee Mooretown Rancheria. Appellant's motion is construed in part as a motion to reinstate Mooretown Rancheria as an appellee in this appeal. So construed, the motion is granted. The Clerk is directed to correct the docket to reflect that Mooretown Rancheria is reinstated as an appellee in this appeal.

The court declines to entertain appellant's "motion for relief from judgment" to the extent it seeks reconsideration of this court's denial of appellant's motion to proceed in forma pauperis.

SL/MOATT

A review of the record and appellant's filings in this appeal, including the "motion for relief from judgment" and the opening brief, demonstrates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment.

All other pending requests are denied as moot.

**AFFIRMED.**